Holly B. Guelich
12740 Hillcrest Rd. Suite 138
Dallas, Tx. 75230
(214) 522-3669
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Stephen M Zimmerman | § | Case No. 18-41760-R |
| Kathleen M Zimmerman | § | Chapter 13 |
| | § | |
| Debtor(s) | § | |

## APPLICATION / NOTICE TO CONVERT TO CHAPTER 7

TO THE HONORABLE BANKRUPTCY JUDGE:

COMES NOW, Stephen M Zimmerman and Kathleen M Zimmerman and make(s) and file(s) this Application / Notice to Convert to Chapter 7 and in support of same would show the Court as follows.

1. The case was initiated by the filing of a Chapter 13 petition on or about August 7, 2018.

2. Pursuant to §1307(a), the Debtor has an absolute right to convert to Chapter 7 of Title 11, United States Code. Debtor was laid off and has not yet received any unemployment.

Respectfully Submitted,

/s/ Holly B Guelich
Holly B Guelich 08567150
12740 Hillcrest Rd. Suite 138
Dallas, Tx. 75230
Telephone: (214) 522-3669
Telecopier: (214) 522-0085
ATTORNEY FOR DEBTORS

REQUESTED:

/s/   Stephen M Zimmerman

/s/   Kathleen M Zimmerman

## **CERTIFICATE OF SERVICE**

    I certify that on September 2, 2022, I served a true and correct copy of the above and foregoing upon all parties in interest per the attached matrix.

/s/ Holly B Guelich
Holly B Guelich

Label Matrix for local noticing
0540-4
Case 18-41760
Eastern District of Texas
Sherman
Fri Sep  2 12:48:24 CDT 2022

Alliance One
4850 Street Road Suite 300
Trevose, PA 19053-6643

Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Alpha Recovery Group
6912 S Quentin St
Unit 10
Centennial, CO 80112-4531

Baylor College Of Dentistry
PO Box 660677
Dallas, TX 75266-0677

Baylor Univ. Medical Ctr
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Birchland Market
PO Box 2817
Monroe, WI 53566-8047

Birchland Market
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Carey D. Ebert
Chapter 13 Trustee
PO Box 941166
Plano, TX 75094-1166

Central Credit Services
9550 Regency Square Blvd
Jacksonville, FL 32225-8169

Paul W. Cervenka
Bonial & Associates P.C.
14841 Dallas Parkway
Suite 425
Dallas, TX 75254-8067

Clear Balance
PO Box 927830
San Diego, CA 92192-7830

Diversified Healtcare/Baylor
PO Box 830808
Richardson, TX 75083-0808

ERC
PO Box 57610
Jacksonville, FL 32241-7610

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

GLEL
PO Box 7860
Madison, WI 53707-7860

GLELSI
PO Box 7860
Madison, WI 53707-7860

Holly B. Guelich
Law Office of Holly B. Guelich
12740 Hillcrest Road
Suite 138
Dallas, TX 75230-2003

Heltzberg
c/o Capital One Retail Services
PO Box 30257
Salt Lake City, UT 84130-0257

Holly B. Guelich
12880 Hillcrest Rd., Suite J233
Dallas, TX 75230-1532

Internal Revenue Service
1100 Commerce St, MC5026DAL
Dallas, TX 75242-1100

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kathleen M Zimmerman
133 Joshua St
Denton, TX 76209-4832

Kohl's
PO Box 3043
Milwaukee, WI 53201-3043

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

Massey's
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Massey's
PO Box 2822
Monroe, WI 53566-8022

Medical CIty Dallas
PO BOx 740782
Cincinnati, OH 45274-0782


Merrick Bank
PO Box 9201
Old Bethpage, NY 11804-9001

Midland Funding
2365 Northside Drive Suite 300
San Diego, CA 92108-2710

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011


Monarch recovery
3260 Tillman Dr., Suite 75
Bensalem, PA 19020-2059

NES
2479 Edison Blvd Unit A
Twinsburg, OH 44087-2476

NPAS Solutions LLC
PO Box 99400
Louisville, KY 40269-0400


NTB Credit Plan
PO Box 6403
Sioux Falls, SD 57117-6403

Onwest18
PO Box 1280
Oaks, PA 19456-1280

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021


(p)PARAMOUNT RECOVERY SYSTEMS
ATTN SUSAN ROCKHOLD
7524 BOSQUE BLVD SUITE L
WACO TX 76712-3772

Paypal
PO Box 5138
Timonium, MD 21094-5138

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


Prosper Funding LLC
221 Main Street Suite 300
San Francisco, CA 94105-1909

Quantum3 Group LLC as agent for
JH Portfolio Debt Equities LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA  98083-0788


RPM
20816 44th Ave W
Lynnwood, WA 98036-7799

Rausch, Sturm et al
15660 N Dallas Pkwy Suite 350
Addison, TX 75248

SYNCB
PO Box 965061
Orlando, FL 32896-0061


SYNCB/Belk
PO Box 965060
Orlando, FL 32896-5060

SYNCB/JC Penney
PO Box 965064
Orlando, FL 32896-5064

SYNCB/Sams
PO Box 965060
Orlando, FL 32896-5060


SYNCB/Walmart
PO Box 965060
Orlando, FL 32896-5060

SYNCHRONY BANK
c/o Weinstein & Riley, PS
2001 Western Ave., Ste 400
Seattle, WA 98121-3132

Scott & Associates PC
PO Box 115220
Carrollton, TX 75011-5220


Sears
PO Box 6283
Sioux Falls, SD 57117-6283

Stephen M Zimmerman
133 Joshua St
Denton, TX 76209-4832

TD Bank USA, N.A.
C O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Target View
PO BOx 673
Minneapolis, MN 55440-0673

Texas Health Resources
by American InfoSource as agent
as assignee of TEXAS HEALTH PRESBYTERIAN
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901


Texas health resources
PO Box 731466
Dallas, TX 75373-1466

True Accord
303 2nd St Suite 750
San Francisco, CA 94107-1366

U.S. Attorney (IRS)
110 N. Spring, Suite 700
Tyler, TX 75702


U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001

U.S. Attorney General
Department of Justice
10th & Constitution Ave, NW
Washington, DC 20530-0001

U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway Suite 425
Dallas, TX 75254-8067


U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway, Suite 425
`
Dallas, TX 75254-8067

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

U.S. Trustee
1100 N. College St, Suite 300
Tyler, TX 75702-7231


UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI, 53708-8973

US Bank Home Mortgage
PO Box 21948
Eagan, MN 55121-0948

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231


United Collection Bureau
5620 Southwyck Blvd., Suite 206
Toledo, OH 43614-1501

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells fargo
PO Box 10347
Des Moines, IA 50306-0347


Wise regional Health System
2000 S FM 51
Decatur, TX 76234-3702




The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


(d)Capital One
Payroll Svs T012077-0470
15020 Capital One Dr
Richmond, VA 23238

Paramount Recovery Systems
7524 Bosque Blvd Suite L
Woodway, TX 76712

Portfolio Recovery Associates
120 Corporate Blvd
Norfolk, VA 23502


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

TX Comptroller of Public Accounts
Revenue Accting Div-Bankrupt Sect
PO Box 13528
Austin, TX 78711-5328

U.S. Bank National Association
c/o U.S. Bank Home Mortgage,
a division of U.S. Bank N.A.
4801 Frederica Street
Owensboro, Kentucky 42301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(d)U.S. BANK NATIONAL ASSOCIATION
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

(d)U.S. Bank National Association
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

(d)Kathleen M Zimmerman
133 Joshua St
Denton, TX 76209-4832

(d)Stephen M Zimmerman
133 Joshua St
Denton, TX 76209-4832

End of Label Matrix
Mailable recipients    78
Bypassed recipients     6
Total                  84