**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| In re:<br>STEPHEN ZIMMERMAN<br>KATHLEEN M ZIMMERMAN<br>Debtor(s) | Case No. 18-41760-R |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Carey D. Ebert, Chapter 13 Trustee, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2018.

2) The plan was confirmed on 02/11/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 09/06/2022.

6) Number of months from filing or conversion to last payment: 48.

7) Number of months case was pending: 50.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $102,046.13.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $9,600.00 |
| Less amount refunded to debtor | $82.34 |
| **NET RECEIPTS:** | **$9,517.66** |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,310.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $890.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,200.00** |

Attorney fees paid and disclosed by debtor:     $190.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLY BANK | Secured | 24,891.00 | 24,186.24 | 24,186.24 | 0.00 | 0.00 |
| BAYLOR UNIV. MEDICAL CTR | Unsecured | 1,231.00 | 1,230.60 | 1,230.60 | 62.12 | 0.00 |
| BIRCHLAND MARKET | Unsecured | 259.00 | 259.44 | 259.44 | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | NA | 6,516.89 | 6,516.89 | 352.81 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 3,834.00 | 3,882.14 | 3,882.14 | 210.17 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 4,133.00 | 4,181.31 | 4,181.31 | 218.74 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 934.00 | 934.14 | 934.14 | 45.46 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,943.00 | 1,943.19 | 1,943.19 | 105.20 | 0.00 |
| CAPITAL ONE NA | Unsecured | 1,918.00 | 1,918.84 | 1,918.84 | 103.88 | 0.00 |
| CLEAR BALANCE | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| MASSEY'S | Unsecured | 137.00 | 137.19 | 137.19 | 0.00 | 0.00 |
| MEDICAL CITY DALLAS | Unsecured | 1,799.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,718.00 | 1,718.03 | 1,718.03 | 93.01 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 2,430.00 | 2,351.18 | 2,351.18 | 118.70 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 1,787.00 | 1,787.74 | 1,787.74 | 96.78 | 0.00 |
| PARAMOUNT RECOVERY SYSTEMS | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,341.00 | 2,341.50 | 2,341.50 | 118.21 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,057.00 | 2,057.04 | 2,057.04 | 107.61 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 2,052.85 | 2,052.85 | 107.40 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 2,508.00 | 2,507.82 | 2,507.83 | 126.61 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 1,582.00 | 1,582.77 | 1,582.77 | 85.69 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 10,566.00 | 10,565.85 | 10,565.85 | 572.03 | 0.00 |
| QUANTUM3 GROUP LLC AS AGENT F | Unsecured | 3,173.00 | 3,172.96 | 3,172.96 | 171.78 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 3,559.00 | 3,558.86 | 3,558.86 | 192.67 | 0.00 |
| SYNCB/BELK | Unsecured | 2,157.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/JC PENNEY | Unsecured | 2,052.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/WALMART | Unsecured | 4,311.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,920.00 | 1,536.24 | 1,536.24 | 83.17 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,792.00 | 1,419.38 | 1,419.38 | 76.84 | 0.00 |
| TD BANK USA, N.A. | Unsecured | 3,463.00 | 3,463.35 | 3,463.35 | 187.50 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TEXAS HEALTH RESOURCES BY AMI | Unsecured | NA | 377.74 | 377.74 | 15.63 | 0.00 |
| US BANK HOME MORTGAGE | Secured | NA | 0.00 | 542.20 | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Secured | 225,680.00 | 221,531.08 | 221,531.08 | 0.00 | 0.00 |
| US BANK HOME MORTGAGE | Secured | NA | 0.00 | 400.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 9,594.00 | 9,652.15 | 9,652.15 | 522.56 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 25,334.00 | 25,468.17 | 25,468.17 | 1,378.81 | 0.00 |
| WELLS FARGO CARD SERVICES | Unsecured | 3,034.00 | 3,034.43 | 3,034.43 | 164.28 | 0.00 |
| WISE REGIONAL HEALTH SYSTEM | Unsecured | 1,063.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $221,531.08 | $0.00 | $0.00 |
| Mortgage Arrearage | $942.20 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,186.24 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$246,659.52** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$99,651.81** | **$5,317.66** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,200.00 |
| Disbursements to Creditors | $5,317.66 |
| **TOTAL DISBURSEMENTS:** | **$9,517.66** |

UST Form 101-13-FR-S (09/01/2009)

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/11/2022               By: /s/ Carey D. Ebert, Chapter 13 Trustee
                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Chapter 13 Standing Trustee's Final Report and Account has been served upon the following parties in interest by mailing a copy of same to them via first class mail on the date set forth below or electronically via ECF.

STEPHEN ZIMMERMAN
KATHLEEN M ZIMMERMAN
133 JOSHUA STREET
DENTON, TX  76209

HOLLY B GUELICH
12740 HILLCREST RD SUITE 138
DALLAS, TX  75240

Dated:  October 11, 2022          /s/ Carey D. Ebert, Chapter 13 Trustee
                                  Office of the Standing Chapter 13 Trustee

**UST Form 101-13-FR-S (09/01/2009)**